UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| Elliot E. Lopez, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | Nos. 2:16-CV-26-JRG |
| | ) | 2:07-CR-101-JRG-DHI-1 |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## **MEMORANDUM AND ORDER**

Before the Court is Elliot Lopez's pro se motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255 [Doc. 50]. Petitioner's claim for relief relies on *Johnson v. United States*, 135 S. Ct. 2551 (2015) [*Id.*]. Since it does not plainly appear from the face of the § 2255 motion that it should be summarily dismissed, the United States Attorney is hereby **ORDERED** to file an answer or other pleading within **fourteen (14)** days from the date of this Order. *See* Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts.

**IT IS SO ORDERED.**

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE